■ HELENE B. SHAMASH et al., Respondents, v JEFFREY J. WHITE et al., Appellants. [659 NYS2d 747] —Order, Supreme Court, New York County (Stephen Crane, J.), entered June 10, 1996 unanimously affirmed for the reasons stated by Crane, J. with costs and disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli and Tom, JJ.